No. 12–6779. GONZALEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–6780. HILL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 12–6781. GRAFF v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 12–6783. GLASSGOW v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 12–6784. GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6786. FERRANTI v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 12–6788. GONZALEZ-BELLO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 12–6789. McKEIGHAN v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 12–44. SHAYGAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–298. FISHER ET AL. v. JPMORGAN CHASE & CO. ET AL. C. A. 2d Cir. Certiorari denied. JUSTICE ALITO and JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 12–308. THOMAS, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, ET AL. v. MADISON. C. A. 11th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 12–460. SPADONI v. UNITED STATES. C. A. 2d Cir. Certiorari denied. JUSTICE SOTOMAYOR took no part in the consideration or decision of this petition.

No. 12–6291. SMITH v. VERIZON WASHINGTON, DC, ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE ALITO took no part